UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY HILL,

                 Plaintiff,

-against-

N.Y.C. SHELTER SYSTEM, et al.,

                 Defendants.

22-CV-7350 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 23, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 23, 2023
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                           Chief United States District Judge